■ MILTENBERG & SAMTON, INC., Appellant, v. WINKLER CREDIT CORPORATION, Respondent.— Order entered on September 29, 1960, granting defendant's motion to dismiss the second amended complaint, pursuant to rule 106 of the Rules of Civil Practice, unanimously affirmed, with $20 costs and disbursements to the respondent. The plaintiff may, if it be so advised, serve a further amended complaint not inconsistent with the opinion of the court at Special Term, within 10 days after the service upon its attorneys of a copy of the order entered herein, with notice of entry thereof, upon payment of the said costs and disbursements. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANSELMO BILBAO, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUEL LOPEZ, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO TOMAS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER TRINCHET, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNIE RUSH, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ ANTHONY MOTTOLA et al., Appellants, v. JOHN P. KRASKOW, Respondent.— Order entered on April 1, 1960, denying plaintiffs' motion for summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ ERICH KAHN, Respondent, v. RADIO CITY MUSIC HALL, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ SAM BERNSTEIN, Respondent, v. BARRY MORELL et al., Appellants.— Order and interlocutory judgment (one paper) unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ EMANUEL LESTER, as Assignee, Respondent, v. EDWARD J. ENNIS, as Surviving Executor of SERGE RUBINSTEIN, Deceased, Appellant.— Order entered on May 19, 1960, denying defendant's motion to dismiss the fourth amended complaint herein pursuant to subdivision 4 of rule 106, rule 103 and subdivision 5 of rule 107 of the Rules of Civil Practice unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of NEW YORK LERNER CO., INC., Appellant-Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents-Appellants.— Final order entered on September 17, 1959, reducing the assessment for the tax year 1958–59 on 8 East 14th Street, Block 571, Lot 1, Manhattan, unanimously affirmed, without costs to either party. No opinion. Concur — Rabin, J. P., McNally, Stevens and Steuer, JJ.